UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Charles E. Shiver,                          Case No. 08-51248-MBM
                                                        Chapter 13
                         Debtor. /             Hon. Marci B. McIvor
Barbara Hooberman, Jennifer Shiver
and Gary Rogow,

                         Plaintiffs,
vs.                                                   Adv. Pro. No. 08-4976

Charles E. Shiver,

                            Defendant. /

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth on the record at a hearing on May 26, 2009,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that Defendant's obligations to pay his ex-wife's attorney and accountant fees are domestic support obligations under 11 U.S.C. § 523(a)(5).

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is denied.

IT IS FURTHER ORDERED that upon entry of this order, this adversary proceeding will be closed.

**Signed on May 28, 2009**

                                                    **/s/ Marci B. McIvor**
                                                    **Marci B. McIvor**
                                                    **United States Bankruptcy Judge**